## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BAKER, | CV F 05-1483  AWI TAG |
| Plaintiff, | ORDER ON STIPULATED DISMISSAL OF CASE |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | F.R.C.P. # 41(a) |
| Defendant. | |

On October 24, 2006, plaintiff Tracy Baker and defendant Jo Anne B. Barnhart, Commissioner of Social Security, jointly filed a stipulation of dismissal of the case pursuant to Federal Rule of Civil Procedure 41(a)(1).   Rule 41(a)(1) provides that voluntary dismissals are without prejudice unless otherwise stated.

Therefore, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the action is DISMISSED without prejudice.  The Clerk of the Court is ordered to CLOSE the CASE.

IT IS SO ORDERED.

**Dated:     October 26, 2006**          /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE